PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:00CR05078-003 REC** |
| ) | |
| **EVARISTO BUENO-AVILA** ) | |
| ) | |

On September 10, 2001, the above-named was placed on supervised release for a period of five (5) years which commenced on May 3, 2004.  Special conditions included a requirement that he submit to search and seizure, not have access to a paging device or cellular phone and register as a narcotics offender.

The defendant has complied with the rules and regulations of supervision and has not been involved in any further criminal activities.  Furthermore, it should be noted the defendant has been gainfully employed since his release on supervision and generally seems to have assimilated back into the community as a productive member of society.  Since his release from the Bureau of Prisons, the defendant has lived and worked within the jurisdiction of the United States Probation Office in the Southern District of California.  It is the opinion of the Probation Officer that he has derived the maximum benefit from supervision and is not in need of continued supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Tim Mechem

**Tim Mechem
United States Probation Officer**

Dated: October 15, 2007
       Fresno, California

**REVIEWED BY:**    /s/ Bruce A. Vasquez
                            **Bruce A. Vasquez
                            Supervising United States Probation Officer**

**Re:    BUENO-AVILA, Evaristo**
**       Docket Number:   1:00CR05078-003 REC**
**       ORDER TERMINATING SUPERVISED RELEASE**
**       PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:    November 2, 2007**                         **/s/ Oliver W. Wanger**
                                                UNITED STATES DISTRICT JUDGE